| | | | | |
|---|---|---|---|---|
| Gruenwald v. District of Columbia Department of Employment Services . . . . . . . . | 15–AA–911 | 12/09/2016 | Affirmed | Dist. of Columbia Dept. of Employment Services - Compensation Review Bd. |
| Bush v. United States . . . . . . . | 15–CF–351 | 12/09/2016 | Affirmed | Anderson |
| Waterside Trust t/a Waterside Towers v. Pascal LaPorte . . . . . . . . . . . . . . . . . . | 15–CV–1110 | 12/09/2016 | Reversed and remanded | Zeldon |
| Nzuwah v. Dunn . . . . . . . . . . | 15–FM–1185 | 12/09/2016 | Affirmed | Cordero |
| Green v. United States . . . . . . | 14–CF–1052 | 12/05/2016 | Remanded | Richter |
| Bland v. United States . . . . . . | 15–CF–819 | 12/05/2016 | Affirmed | McKenna |
| Smith v. United States . . . . . . | 15–CM–1381 | 12/05/2016 | Affirmed | Macaluso |
| Penass v. United States . . . . . | 15–CF–986 | 12/02/2016 | Affirmed | Edelman |
| Luxury4Less.net, LLC v. Harper . . . . . . . . . . . . . . . . . | 15–CV–815, 16–CV–27 | 12/02/2016 | Affirmed | Clark Campbell |
| Martas v. District of Columbia . . . . . . . . . . . . . . . . . . . . . | 14–CV–1.07 | 12/01/2016 | Vacated and remanded | Mott |
| Ghuman, Inc. v. District of Columbia Department of Employment Services . . . . . | 15–AA–1344 | 12/01/2016 | Affirmed | Dist. of Columbia Dept. of Employment Services |
| Jones v. United States . . . . . . . | 15–CF–467 | 12/01/2016 | Affirmed | Josey-Herring |